AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 ___ 5 2 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

JUL 2 5 2005            _____
_____       (Signature of Party or their Representative)
(Date forms issued)

                        Philip Casale
                        _____
                        (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action