UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL DOULTON USA INC., | ) | |
| | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCHENKER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, Royal Doulton USA Inc. ("Royal Doulton"), by counsel, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, stating as follows:

1. Royal Doulton USA Inc. is wholly owned by Royal Doulton Overseas Holdings Limited.

2. Royal Doulton Overseas Holdings Limited is wholly owned by Royal Doulton plc.

3. Royal Doulton plc. is wholly owned by Waterford Wedgwood plc.

4. Waterford Wedgwood plc is a publicly traded company listed on the Irish stock exchange.

DATED: July 22, 2005

Respectfully submitted,

By: _____/s/ M. Weidinger/_____

Michael A. Weidinger (Id. # 3330)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899-2306
(302) 888-6800
(302) 571-1750  Facsimile
mweidinger@morrisjames.com

and

Adam Arceneaux (Atty. No. 17219-49)
Elizabeth T. L. Raymond (IN Atty. No. 24637-49; IL ARDC No. ARDC No. 6277862)
ICE MILLER
One American Square
Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 Facsimile
adam.arceneaux@icemiller.com
elizabeth.raymond@icemiller.com
(*admitted pro hac vice*)

***Attorneys for Plaintiff, Royal Doulton USA Inc.***

1260363