# UNITED STATES DISTRICT COURT

District of Delaware

ROYAL DOULTON USA INC.,

        Plaintiff,

V.

SCHENKER, INC.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05 - 529

TO: (Name and address of Defendant)

Schenker, Inc.
150 Albany Avenue
Freeport, New York 11520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Weidinger
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899-2306
(302) 888-6800
(302) 571-1750  Facsimile
mweidinger@morrisjames.com

an answer to the complaint which is served on you with this summons, within ____Twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    7/25/05

CLERK                                               DATE

*E L Strickler*

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

*[Stamp: RECEIVED DEPARTMENT OF STATE 2005 JUL 26 PM — DIVISION OF CORPORATIONS]*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 26, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Edward Jones | Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where Secretary of State of Delaware, 401 Federal Street Dover DE 19901. Service Accepted by M. Truubetaris.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/26/05
Date

*Signature of Server*

32 Lockerman Sq, Ste 109 Dover DE 19904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-529 |
| ) | |
| SCHENKER, INC., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, the foregoing **SUMMONS with RETURN OF SERVICE** was electronically filed with the Court.

                                             Michael A. Weidinger (I.D. No. 3330)
                                             Liza H. Sherman ( I.D. No. 4129)
                                             MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                             222 Delaware Avenue, 10th Floor
                                             Wilmington, Delaware 19899-2306
                                             (302) 888-6800
                                             (302) 571-1750  Facsimile
                                             mweidinger@morrisjames.com
                                             lsherman@morrisjames.com
                                             *Counsel for Royal Doulton USA Inc.*

1261756