UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA INC., ) | |
| ) | Case No. 05-529-SLR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SCHENKER, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Michael A. Weidinger, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of Adam Arceneaux to represent Plaintiff, Royal Doulton USA Inc. in this action. The Admittee is admitted, practicing, and in good standing in all state courts in the State of Indiana and in the United States District Courts for the Northern and Southern Districts of Indiana, the Southern District of Illinois, and the Southern District of Texas. WHEREFORE, the undersigned counsel respectfully requests that the Appearance of Adam Arceneaux, attached hereto as Exhibit A, be entered on behalf of Plaintiff, Royal Doulton USA Inc.

Dated: July 22, 2005

                              Respectfully submitted,

                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                              By: _____
                              Michael A. Weidinger (Id. # 3330)
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware 19899-2306
                              (302) 888-6800
                              (302) 571-1750 Facsimile
                              mweidinger@morrisjames.com
                              *Local Counsel for Plaintiff, Royal Doulton USA Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA INC., ) | |
| ) | Case No. 05-529-SLR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SCHENKER, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5(c), I certify that I am admitted, practicing, and in good standing in all state courts in the State of Indiana and in the United States District Courts for the Northern and Southern Districts of Indiana, the Southern District of Illinois, and the Southern District of Texas, that I am not admitted to practice by the Supreme Court of Delaware, that I do not reside in Delaware, that I am not regularly employed in Delaware, and that I am not regularly engaged in business, professional, or similar activities in Delaware.

Pursuant to Local Rule 83.5(d), I certify that I am associated with Michael A. Weidinger, an attorney practicing with the law firm of MORRIS, JAMES, HITCHENS & WILLIAMS LLP and a member of the Bar of the United States District Court for the District of Delaware who maintains an office in the District of Delaware for the regular transaction of business, and upon whom all notices, orders, pleadings and other papers filed in the above-referenced cause of action shall be served, and who shall be required to sign all papers filed with this Court where the signature of an attorney is required, and who will attend all proceedings before this Court, the Clerk, the United Magistrate, or other offices of the Court.

I further certify that, pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs or arises in the preparation or course of the above-referenced cause of action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: July 21, 2005

                                          /s/ Adam Arceneaux
                                          Adam Arceneaux (IN Atty. No. 17219-49)
                                          ICE MILLER
                                          One American Square
                                          Box 82001
                                          Indianapolis, IN  46282
                                          (317) 236-2100
                                          (317) 236-2219 Facsimile
                                          adam.arceneaux@icemiller.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                         _____
                                               United States District Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHENKER, INC., )<br>)<br>Defendant. )<br>) | Case No. 05-529-SLR |

## APPEARANCE

I, the below-signed, state that pursuant to Local Rule 83.5, I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the bar in all state courts in the State of Indiana and in the United States District Courts for the Northern and Southern Districts of Indiana, the Southern District of Illinois, and the Southern District of Texas, and that I submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct that may occur in the preparation or course of this action. I further certify that I am generally familiar with this Court's Local Rules. WHEREFORE, I respectfully request that my appearance be entered as counsel for and on behalf of Plaintiff Royal Doulton USA Inc. in the above cause of action.

Respectfully submitted,

By: _____
Adam Arceneaux (IN Atty. No. 17219-49)
ICE MILLER
One American Square
Box 82001
Indianapolis, IN 46282
(317) 236-2100
(317) 236-2219 Facsimile
adam.arceneaux@icemiller.com

*Attorneys for Plaintiff, Royal Doulton USA Inc.*

4