UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROYAL DOULTON USA, INC.** | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 05-529- SJR |
| **SCHENKER, INC.** | * | |
|     Defendant | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November, a copy of the foregoing *Answer to Complaint and Counterclaim* was filed electronically via ECF and sent via first-class mail, postage prepaid, to the following:

Michael A. Weidinger, Esq.
Liza H. Sherman
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

Adam Arceneaux, Esq.
Elizabeth T. L. Raymond
ICE MILLER
One American Square
Box 82001
Indianapolis, IN 46282

*Attorneys for Plaintiff, Royal Doulton USA, Inc.*

                                              REGER RIZZO KAVULICH & DARNALL LLP

                                              By:*/s/ Arthur D. Kuhl, Esquire*
                                              Arthur D. Kuhl, Esquire, # 3405
                                              1001 Jefferson Street Plaza, Suite 202
                                              Wilmington DE 19801
                                              302-652-3611
Dated: November 17, 2005                       Attorney for Defendant