UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHENKER, INC., )<br>)<br>Defendant. )<br>_____) | Case No. 05-529 SLR |

### STIPULATION

It is hereby stipulated and agreed among the parties that Plaintiff shall respond to the counterclaims set forth in Defendant's Answer To Complaint and Counterclaim (D.I. 9) on or before January 13, 2006.

_____
Michael A. Weidinger (I.D. No. 3330)
Liza H. Sherman ( I.D. No. 4129)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899-2306
Ph: (302) 888-6800
Fx: (302) 571-1750
mweidinger@morrisjames.com
lsherman@morrisjames.com

*Counsel for Plaintiff Royal Doulton USA Inc.*

_____
Arthur D. Kuhl (I.D. No. 3405)
REGER RIZZO KAVULICH &
DARNALL, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801
Ph: (302) 652-3611
Fx: (302) 652-3620
akuhl@rrkdlaw.com

*Counsel for Defendant Schenker, Inc.*

IT IS SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson

1312961