IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROYAL DOULTON USA, INC. | * | |
|     Plaintiff | * | |
| v. | * | Case No.: 05-529- SJR |
| SCHENKER, INC. | * | |
|     Defendant | * | |

\* \* \* \* \* \*

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kristi L. Anderson to represent Defendant Schenker, Inc. in this matter.

                                          */s/ Arthur D. Kuhl, Esquire*
                                          Arthur D. Kuhl (Bar No. 3405)
                                          Reger Rizzo Kavulich & Darnall LLP
                                          1001 Jefferson Plaza, Suite 202
                                          Wilmington, Delaware 19801
                                          Ph: (302) 652-3611
                                          Em: Akuhl@rrkdlaw.com
Dated: December 15, 2005             Attorney for Defendant Schenker, Inc.

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 15, 2005                /s/ *Kristi L. Anderson*
                                        Kristi L. Anderson, Esquire
                                        Semmes, Bowen & Semmes, P.C.
                                        250 W. Pratt Street, 16th Floor
                                        Baltimore, Maryland 21201
                                        Ph: (410) 539-5040
                                        Fx: (410) 539-5223
                                        Em: kanderson@semmes.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROYAL DOULTON USA, INC.** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 05-529- SJR |
| **SCHENKER, INC.** | * | |
| Defendant | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2005 a copy of the foregoing *Motion for Admission Pro ac Vice* was filed electronically via ECF and sent via first-class mail, postage prepaid, to the following:

Michael A. Weidinger, Esq.
Liza H. Sherman
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

Adam Arceneaux, Esq.
Elizabeth T. L. Raymond
ICE MILLER
One American Square
Box 82001
Indianapolis, IN 46282

*Attorneys for Plaintiff, Royal Doulton USA, Inc.*

                                            REGER RIZZO KAVULICH & DARNALL LLP

                                            By:*/s/ Arthur D. Kuhl, Esquire*
                                            Arthur D. Kuhl, Esquire, # 3405
                                            1001 Jefferson Street Plaza, Suite 202
                                            Wilmington DE 19801
                                            302-652-3611
Dated: December 15, 2005                    Attorney for Defendant