UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-529 SLR |
| ) | |
| SCHENKER, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

WHEREAS, the parties desire to facilitate the resolution of the above-captioned action by mutual agreement; and

WHEREAS, the parties presently have an agreement in principal regarding the resolution of the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, among the parties that Plaintiff shall respond to the counterclaims set forth in Defendant's Answer To Complaint and Counterclaim (D.I. 9) on or before February 12, 2006.

| | |
|---|---|
| Michael A. Weidinger (I.D. No. 3330) | Arthur D. Kuhl (I.D. No. 3405) |
| Liza H. Sherman (I.D. No. 4124) | REGER RIZZO KAVULICH & |
| MORRIS, JAMES, HITCHENS & | DARNALL, LLP |
| WILLIAMS LLP | 1001 Jefferson Plaza, Suite 202 |
| 222 Delaware Avenue, 10th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899-2306 | Ph: (302) 652-3611 |
| Ph: (302) 888-6800 | Fx: (302) 652-3620 |
| Fx: (302) 571-1750 | akuhl@rrkdlaw.com |
| mweidinger@morrisjames.com | |
| lsherman@morrisjames.com | |
| *Counsel for Plaintiff Royal Doulton USA Inc.* | *Counsel for Defendant Schenker, Inc.* |

1333289/1

IT IS SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson