UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHENKER, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>SCHENKER, INC., )<br>)<br>Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>ROYAL DOULTON USA, INC., )<br>)<br>Counterclaim Defendant. ) | Case No. 05-529 SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim Defendant Royal Doulton U.S.A., Inc. ("Royal Doulton") and Defendant/Counterclaim Plaintiff Schenker, Inc. ("Schenker") stipulate as follows:

WHEREAS, Royal Doulton and Schenker, having settled this case, stipulate to the dismissal, with prejudice, of all claims and counterclaims in this matter.

WHEREFORE, Royal Doulton and Schenker respectfully request that the Court dismiss these claims with prejudice against the refiling thereof, each party to bear its own costs, in the form of the Order attached hereto.

Respectfully submitted,

_/s/_ _____
Michael A. Weidinger (I.D. No. 3330)
Liza H. Sherman (I.D. No. 4124)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
(302) 571-1750 Facsimile
mweidinger@morrisjames.com
lsherman@morrisjames.com

--and--

Adam Arceneaux, Esquire
Elizabeth T. L. Raymond, Esquire
ICE MILLER
One American Square,
Box 82001
Indianapolis, IN 46282
(317) 236-2100
(317) 236-2219 Facsimile
adam.arceneaux@icemiller.com
elizabeth.raymond@icemiller.com
(*admitted pro hac vice*)

**Attorneys for Plaintiff/Counterclaim Defendant, Royal Doulton USA Inc.**

_/s/_ _____
Arthur D. Kuhl (I.D. No. 3405)
REGER RIZZO KAVULICH &
DARNALL LLP
1001 Jefferson Plaza, Suite 202
Wilmington, Delaware 19801
(302) 652-3611
(302) 652-3620 Facsimile
akuhl@rrdlaw.com

--and--

Kristi L. Anderson, Esquire
SEMMES, BOWEN & SEMMES, P.C.
250 West Pratt Street, 16th Floor
Baltimore, MD 21201
(410) 539-5040
(410) 539-5223 Facsimile
kanderson@semmes.com
(*admitted pro hac vice*)

**Attorneys for Defendant/Counterclaim Plaintiff, Schenker, Inc.**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL DOULTON USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHENKER, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>SCHENKER, INC., )<br>)<br>Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>ROYAL DOULTON USA, INC., )<br>)<br>Counterclaim Defendant. ) | Case No. 05-529 SLR |

## **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the parties' Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed WITH PREJUDICE, each party to bear his, her, or its own costs.

Dated: _____          _____
                                  Chief Judge Sue L. Robinson,
                                  United States District Judge

WS01 1340808v.1